☐ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re:      Sophia Denise Fowler,                                              Case No.

Debtor:                                                                        Chapter 13

---

### CHAPTER 13 PLAN

---

**ADDRESS:**     4150 Meadow Chase Cv
_____
Memphis, TN 38115-6627

**PLAN PAYMENT:**
Debtor shall pay $     340.00          ☑ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From:     Allied Universal          **OR ( ) DIRECT PAY**
Memphis, TN 38115

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**          ☐ YES   ☑ NO
(B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**          ☐ YES   ☑ NO
    **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
(C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**          ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                                       Monthly Plan Payment:

None          Paid by: ☐ Debtor directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____                                         $
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

-NONE-          Amount          $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor; **OR** ☑ Paid by Trustee to:

Wells Fargo Home Mortgage   ongoing payment begins   01/01/2018          $724.60
Approximate arrearage:   4,600.00          Interest   0.00          $110.00

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- | | | $ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Conn Appliances, Inc. dba Conn's | 1,109.00 | 5.00 | $40.00 |

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Credit Acceptance Corporation**<br>**2012 Jeep Grand Cherokee**<br>**VIN: 1C4RJEAG2CC171641** | **22,082.60** | **6.50** | $**440.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**                                         Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None**                              ☐      Not provided for   **OR**  ☐     General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $6,691.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐          **%, OR,**
☑          **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**None**                                   ☐     Assumes  **OR**  ☐      Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/S/ J.D. Gentry*                                          **Date** **October 26, 2018**                    .
**James D. Gentry (#020776), Debtor's Attorney**
**Gentry Arnold, PLLC**
**5100 Poplar Ave, Ste 2008**
**Memphis, TN 38137-2008**
**(901) 591-8800**
**JGentry@GentryArnold.com**