UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

In Re:                                                                 Case No. 18-28968

SOPHIA D. FOWLER,                                          Chapter 13

DEBTOR(S).

**OBJECTION OF WELLS FARGO BANK, N.A. TO CONFIRMATION REGARDING REAL PROPERTY LOCATED AT 4150 MEADOW CHASE COVE, MEMPHIS, TENNESSEE 38115**

COMES NOW, Wells Fargo Bank, N.A., for just cause, and files this written objection to confirmation pursuant to 11 USC 1324. Wells Fargo Bank, N.A. objects and asks that a hearing be held and for grounds says that the plan was not made in good faith; that the plan is unfeasible; that the plan understates the arrears owed to Wells Fargo Bank, N.A.

WHEREFORE, PREMISES CONSIDERED, Creditor prays:

1. That confirmation be denied.

2. That Wells Fargo Bank, N.A. be awarded its attorney fees and costs incurred in this action.

3. For any and all further relief to which it may be entitled.

Respectfully submitted,

*/s/ Jonathan Blake Davis*
Jonathan Blake Davis, Attorney for Creditor, Bar # 34662
jodavis@logs.com |704-831-2392
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection to Confirmation has been electronically served or mailed, postage prepaid on November 19, 2018

James D. Gentry
Gentry Arnold, PLLC
5100 Poplar Avenue, Suite 2008
Memphis, TN 38137

Sophia D. Fowler
4150 Meadow Chase Cove
Memphis, TN 38115

Sylvia F. Brown
200 Jefferson Ave. Suite #1113
Memphis, TN 38103

                                                */s/ Jonathan Blake Davis*
                                       Jonathan Blake Davis, Attorney for Creditor, Bar # 34662
                                       jodavis@logs.com |704-831-2392
                                       Shapiro & Ingle, LLP
                                       10130 Perimeter Pkwy, Suite 400
                                       Charlotte, NC 28216
                                       Phone: 704-333-8107 | Fax: 704-333-8156
                                       Supervisory Attorney Contact: Bonnie Culp
                                       bculp@logs.com | 704-249-0065
                                       Electronic Service Notifications: tnecf@logs.com