**Dated: February 01, 2019**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 18-28968 |
| Sophia Denise Fowler, | Chapter 13 |
| Debtor. | Judge Latta |

**AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION**
**AND MODIFYING PLAN AS TO WELLS FARGO BANK, N.A. REGARDING REAL PROPERTY**
**LOCATED AT 4150 MEADOW CHASE COVE, MEMPHIS, TENNESSEE 38115**

This matter having come before the Court pursuant to the Objection by Creditor to Confirmation of Plan filed by Wells Fargo Bank, N.A. ("Creditor"), regarding the home mortgage loan covering the real property known as 4150 Meadow Chase Cove, Memphis, Tennessee 38115 (hereinafter "the Property"), and the Court being fully advised, finds that the aforementioned Objection has been resolved whereby:

1. The Debtor's Chapter 13 Plan shall be modified to increase the amount scheduled for Creditor's mortgage arrearage to $5,968.96, through October 2018, plus $720.27 per month for November 2018 and December 2018, for a total pre-petition and "GAP" arrearage in the amount of $7,409.50, which shall be paid in full at a monthly rate determined by the Chapter 13 Trustee to cure said arrearage over the remaining life of the plan. Said

mortgage arrearage consists of the arrearage listed in Creditor's filed Proof of Claim (Court Claim No. 5-1) in the amount of $5,968.96, plus the post-petition/pre-confirmation "GAP" arrears for November 2018 and December 2018.

2.   Creditor shall be allowed to file an amended claim to capture the post-petition/pre-confirmation "GAP" arrears for November 2018 and December 2018 at $720.27 each.

3.   Creditor's ongoing mortgage payment shall continue to be paid inside the plan through the Chapter 13 Trustee, beginning with the ongoing monthly mortgage payment effective January 1, 2019 in the amount of $720.27.

4.   That the Trustee will make the necessary adjustments to effectuate this Order.


Approved for Entry:


*/s/ Jordan Anderson*
Jordan Anderson, Attorney for Creditor, Bar # 036721
joranderson@logs.com |704-609-3496
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com



*/s/ James D. Gentry*
Attorney for Debtor
James D. Gentry
Gentry Arnold, PLLC
5100 Poplar Avenue, Suite 2008
Memphis, TN 38137
901-591-8800
gentrybankruptcy@gamattorneys.com


/s/ Sylvia F. Brown
Sylvia F. Brown
Chapter 13 Trustee
200 Jefferson Ave. Suite #1113
Memphis, TN 38103
(901)576-1313

Entities to be Served:

James D. Gentry
Gentry Arnold, PLLC
5100 Poplar Avenue, Suite 2008
Memphis, TN 38137


Sophia D. Fowler
4150 Meadow Chase Cove
Memphis, TN 38115


Sylvia F. Brown
200 Jefferson Ave. Suite #1113
Memphis, TN 38103