**Fill in this information to identify the case:**

Debtor 1: Sophia Denise Fowler

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Tennessee

Case number: 1828968

## Official Form 410S1
# Notice of Mortgage Payment Change           12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $715.63

**Last 4 digits** of any number you use to identify the debtor's account: 3 5 9 6

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 248.67         New escrow payment: $ 244.03

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)
     Reason for change:

   Current mortgage payment: $ _____         New mortgage payment: $ _____

Official Form 410S1                     Notice of Mortgage Payment Change                     page 1

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Emily Marchino                           Date 04/17/2019
  Signature

Print: MARCHINO, EMILY                        VP Loan Documentation
       First Name   Middle Name   Last Name   Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number          Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN      55121-7700
         City                     State   ZIP Code

Contact phone  800-274-7025       NoticeOfPaymentChangeInquiries@wellsfargo.com
                                  Email

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

Chapter 13 No. 1828968
Judge: Jennie D. Latta

In re:
Sophia Denise Fowler

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 18, 2019 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:  By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Sophia Denise Fowler
4150 Meadow Chase Cv

Memphis TN 38115-6627

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:  By Court's CM/ECF system registered email address

James D. Gentry
Gentry Arnold, PLLC
5100 Poplar Avenue, Suite 2008

Memphis TN 38137

By Court's CM/ECF system registered email address

N/A

Trustee:  By Court's CM/ECF system registered email address

Sylvia F. Brown
Trustee
200 Jefferson Ave. Suite #1113

Memphis TN 38103

/s/Emily Marchino
_____

VP Loan Documentation

Wells Fargo Bank, N.A.

**Wells Fargo Home Mortgage**
Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** April 8, 2019
**Loan number:**
**Property address:**
4150 MEADOW CHASE COVE
MEMPHIS TN 38115-6627

SOPHIA D FOWLER
4150 MEADOW CHASE COVE
MEMPHIS TN 38115

### Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **June 1, 2019** payment, the contractual portion of the escrow payment **decreases**.

> The escrow account has an overage of
> **$146.81**

## Part 1 - Mortgage payment

**New Payment**   **The new total payment will be $715.63**

|  | Previous payment through 05/01/2019 payment date | New payment beginning with the 06/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $471.60 | $471.60 |
| **Escrow payment** | $248.67 | $244.03 |
| **Total payment amount** | $720.27 | $715.63 |

### No action required

Starting **June 1, 2019** the new contractual payment amount will be **$715.63**

**See Page 2 for additional details.**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $2,514.48. For the coming year, we expect the amount paid from escrow to be $2,928.37.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 06/17 - 05/18 (Actual) | 06/18 - 05/19 (Actual) | 11/18 - 04/19 (Actual) | 06/19 - 05/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $955.91 | $938.37 | $524.48 | $938.37 | ÷ | 12 | = | $78.20 |
| **Property insurance** | $2,038.00 | $1,990.00 | $1,990.00 | $1,990.00 | ÷ | 12 | = | $165.83 |
| **Total taxes and insurance** | $2,993.91 | $2,928.37 | $2,514.48 | $2,928.37 | ÷ | 12 | = | $244.03 |
| **Total escrow** | $2,993.91 | $2,928.37 | $2,514.48 | $2,928.37 |  |  |  | $244.03 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  February, 2020 |   | $634.87 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | − | $488.06 | (Calculated as: $244.03 X 2 months) |
| **Escrow overage** | = | $146.81 |  |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

Escrow account projections from June, 2019 to May, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| May 2019 | | | Starting balance | $1,366.97 | $1,220.16 |
| Jun 2019 | $244.03 | $0.00 | | $1,611.00 | $1,464.19 |
| Jul 2019 | $244.03 | $0.00 | | $1,855.03 | $1,708.22 |
| Aug 2019 | $244.03 | $413.89 | MEMPHIS CITY(W) | $1,685.17 | $1,538.36 |
| Sep 2019 | $244.03 | $0.00 | | $1,929.20 | $1,782.39 |
| Oct 2019 | $244.03 | $0.00 | | $2,173.23 | $2,026.42 |
| Nov 2019 | $244.03 | $0.00 | | $2,417.26 | $2,270.45 |
| Dec 2019 | $244.03 | $524.48 | SHELBY COUNTY(W) | $2,136.81 | $1,990.00 |
| Jan 2020 | $244.03 | $0.00 | | $2,380.84 | $2,234.03 |
| Feb 2020 | $244.03 | $1,990.00 | STATE FARM INS | **$634.87** | **$488.06** |
| Mar 2020 | $244.03 | $0.00 | | $878.90 | $732.09 |
| Apr 2020 | $244.03 | $0.00 | | $1,122.93 | $976.12 |
| May 2020 | $244.03 | $0.00 | | $1,366.96 | $1,220.15 |
| Totals | $2,928.36 | $2,928.37 | | | |

## Part 4 - Escrow account history

Escrow account activity from November, 2018 to May, 2019

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov 2018 | | | | | | | Starting Balance | $893.31 | $2,072.91 | -$1,179.60 |
| Nov 2018 | $0.00 | $248.67 | -$248.67 | $0.00 | $0.00 | $0.00 | | $893.31 | $2,321.58 | -$1,428.27 |
| Dec 2018 | $0.00 | $248.67 | -$248.67 | $524.48 | $532.25 | -$7.77 | SHELBY COUNTY(W) | $368.83 | $2,038.00 | -$1,669.17 |
| Jan 2019 | $0.00 | $248.67 | -$248.67 | $1,990.00 | $0.00 | $1,990.00 | STATE FARM INS | -$1,621.17 | $2,286.67 | -$3,907.84 |
| Feb 2019 | $249.49 | $248.67 | $0.82 | $0.00 | $2,038.00 | -$2,038.00 | STATE FARM INS | -$1,371.68 | $497.34 | -$1,869.02 |
| Mar 2019 | $249.49 | $248.67 | $0.82 | $0.00 | $0.00 | $0.00 | | -$1,122.19 | $746.01 | -$1,868.20 |
| Apr 2019 (estimate) | $2,240.49 | $248.67 | $1,991.82 | $0.00 | $0.00 | $0.00 | | $1,118.30 | $994.68 | $123.62 |
| May 2019 (estimate) | $248.67 | $248.67 | $0.00 | $0.00 | $0.00 | $0.00 | | $1,366.97 | $1,243.35 | $123.62 |
| Totals | $2,988.14 | $1,740.69 | $1,247.45 | $2,514.48 | $2,570.25 | -$55.77 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801    4/18